IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD RAPHAEL HERNANDEZ, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-15-999-R ) |
| CHEYENNE NATION INDIAN AFFAIRS, UNITED STATES GOVERNMENT DOE 1-100, | ) ) ) ) ) |
| Respondents. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered September 23, 2015 [Doc. No. 5]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the "Complaint" as a writ of mandamus is DISMISSED.

It is so ordered this 26th day of October, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE